**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT LEE GIVENS,<br><br>        Petitioner,<br><br>        v.<br><br>L.A. SUPERIOR COURT, et al.,<br><br>        Respondent. | NO. CV 10-699-R(E)<br><br><br><br>ORDER OF DISMISSAL |

**PROCEEDINGS**

Petitioner filed a "Petition for Writ of Habeas Corpus by a Person in State Custody" on February 1, 2010. It plainly appears from the face of the Petition that Petitioner is not entitled to habeas relief. Therefore, for the reasons discussed below, the Petition is denied and dismissed without prejudice.

**DISCUSSION**

"According to traditional interpretation, the writ of habeas corpus is limited to attacks upon the legality or duration of

confinement." Crawford v. Bell, 599 F.2d 890, 891 (9th Cir. 1979). The Petition does not attack the legality or duration of Petitioner's confinement. Rather, the Petition appears to seek reconsideration of an unspecified ruling on an unspecified "Motion for an [sic] Refund" (Petition at 5). Although the Petition references a "Motion for Reconsideration," no such motion was filed as a part of this Petition. In any event, because the Petition does not attack the legality or duration of Petitioner's confinement, habeas corpus is unavailable. Id. at 891-92; Frantz v. Hazey, 533 F.3d 724, 736 (9th Cir. 2008) (to warrant habeas relief, a petitioner must allege that he or she is in custody "in violation of the Constitution or laws or treaties of the United States" within the meaning of 28 U.S.C. section 2254(a)).

LET JUDGMENT BE ENTERED ACCORDINGLY.[1]

DATED: Feb. 3, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

PRESENTED this 3rd day of February, 2010, by:

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

---

[1] This Order and the resulting Judgment shall be without prejudice to the Court's consideration of a "Motion for Reconsideration, etc.," filed on January 29, 2010 in Robert Lee Givens v. Los Angeles Superior Court, CV 05-1181-SVW(PLAx).

2