**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROBERT LEE GIVENS, | ) | NO. CV 10-699-R(E) |
|         Petitioner, | ) | |
| | ) | JUDGMENT |
|    v. | ) | |
| L.A. SUPERIOR COURT, et al., | ) | |
|         Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: Feb. 3, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE